1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

11  ROBERT SMYTHE,

12          Plaintiff,

13      v.

14  BAILEY, *et al.*,

15          Defendants.

16

| | |
|---|---|
| ROBERT SMYTHE, | Case No.  1:25-cv-01624-BAM (PC) |
| Plaintiff, | ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE SIGNED COMPLAINT |
| v. | (ECF No. 5) |
| BAILEY, *et al.*, Defendants. | **THIRTY (30) DAY DEADLINE** |

17      Plaintiff Robert Smythe ("Plaintiff") is a state prisoner proceeding *pro se* in this civil

18  rights action pursuant to 42 U.S.C. § 1983.

19      On November 25, 2025, the Court issued an order striking Plaintiff's complaint as

20  unsigned and requiring Plaintiff to file a signed complaint or a notice of voluntary dismissal

21  within thirty (30) days.  (ECF No. 5.)

22      On December 10, 2025, Plaintiff responded to the Court's order by filing a copy of the

23  final page of his complaint, including his signature.  (ECF No. 7.)

24      Plaintiff is advised that because his original complaint was stricken as unsigned, he is

25  required to file a **complete and signed** complaint in order to comply with the Court's November

26  25, 2025 order.  Merely filing the completed signature page of his complaint is not sufficient.

27  Plaintiff will therefore be granted a final opportunity to comply with the Court's order to file a

28  complete and signed complaint in order to proceed with this action.

1

Plaintiff is reminded that his complaint should be brief, Fed. R. Civ. P. 8(a), but it must state what each named defendant did that led to the deprivation of Plaintiff's constitutional rights, *Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009).  Although accepted as true, the "[f]actual allegations must be [sufficient] to raise a right to relief above the speculative level . . . ." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (citations omitted).

Finally, Plaintiff is advised that the signed complaint supersedes the original stricken complaint.  *Lacey v. Maricopa Cty.*, 693 F.3d 896, 927 (9th Cir. 2012).  Therefore, Plaintiff's signed complaint must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to send Plaintiff a civil rights complaint form;

2.  Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a **complete and signed** complaint (or file a notice of voluntary dismissal); and

3.  **If Plaintiff fails to comply with this order, the Court will recommend dismissal of this action, with prejudice, for failure to obey a court order and for failure to state a claim.**

IT IS SO ORDERED.

Dated:  **December 11, 2025**        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE

2