# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SMYTHE,<br><br>             Plaintiff,<br><br>      v.<br><br>BAILEY, *et al.*,<br><br>             Defendants. | Case No. 1:25-cv-01624-BAM (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN DISTRICT JUDGE TO ACTION<br><br>FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTIONS FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED<br><br>(ECF Nos. 2, 10)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Robert Smythe ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on November 24, 2025, by filing an unsigned complaint. (*See* ECF No. 1.) Plaintiff also filed an application to proceed *in forma pauperis*, which included a certified copy of his trust account statement. (ECF No. 2.)

On November 25, 2025, the Court issued an order striking Plaintiff's complaint as unsigned and requiring Plaintiff to file a signed complaint or a notice of voluntary dismissal within thirty (30) days. (ECF No. 5.)

On December 10, 2025, Plaintiff responded to the Court's order by filing a copy of the final page of his complaint, including his signature. (ECF No. 7.)

On December 11, 2025, the Court extended the deadline for Plaintiff to file a complete

and signed complaint an additional thirty (30) days.  (ECF No. 8.)

On December 22, 2025, Plaintiff filed a signed complaint.  (ECF No. 9.)  Plaintiff also filed a second motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1983, which appears duplicative of his initial motion.  (ECF No. 10.)

Examination of Plaintiff's motions and trust account statement reveals that Plaintiff is able to afford the costs of this action.  Specifically, Plaintiff's available balance in his inmate trust account is $35,250.71.  (ECF No. 2 at 5.)  In addition, the average monthly deposit to his account was $2,618.25.  (*Id.* at 3.)

Accordingly, the Court HEREBY DIRECTS the Clerk of the Court to randomly assign a District Judge to this action.  Further, is it HEREBY RECOMMENDED that:

1. The motions to proceed *in forma pauperis*, (ECF Nos. 2, 10), be DENIED; and
2. Plaintiff be ORDERED to pay the $405.00 initial filing fee in full to proceed with this action.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within **fourteen (14) days** after being served with these Findings and Recommendations, the parties may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  **Objections, if any, shall not exceed fifteen (15) pages or include exhibits.  Exhibits may be referenced by document and page number if already in the record before the Court.  Any pages filed in excess of the 15-page limit may not be considered.**  The parties are advised that failure to file objections within the specified time may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal.  *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **December 29, 2025**         /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE