**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT SMYTHE, | No. 1:25-cv-01624-JLT-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S MOTIONS FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED |
| v. | |
| BAILEY, *et al.*, | (Doc. 12) |
| Defendants. | **TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Robert Smythe is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 24, 2025 and December 22, 2025, Plaintiff filed motions to proceed *in forma pauperis*.  (Docs. 2, 10.)

On December 29, 2025, the assigned magistrate judge issued findings and recommendations that Plaintiff's applications to proceed *in forma pauperis* be denied and that Plaintiff be required to pay the $405.00 filing fee in full to proceed with this case because he can afford the costs of this action.  (Doc. 12.)  The Court served the findings and recommendations on Plaintiff and notified him that any objections were to be filed within 14 days.  (*Id.* at 2.)  Plaintiff was also warned that failure to file objections within the specified time may result in the waiver of the right to challenge the magistrate's factual findings on appeal. (*Id*., *citing Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014).)  No objections have been filed, and the deadline to do so has expired.

1

According to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 29, 2025, (Doc. 12), are **ADOPTED** in full.

2. In accordance with 28 U.S.C. § 1915(g), Plaintiff's applications to proceed *in forma pauperis*, (Docs. 2, 10), are **DENIED**; and

3. Within **twenty-one (21) days** following the date of service of this order, Plaintiff shall pay the $405.00 filing fee in full to proceed with this action; and

4. **If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.**

IT IS SO ORDERED.

Dated:    **January 29, 2026**

UNITED STATES DISTRICT JUDGE

2