**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ROBERT SMYTHE,

Plaintiff,

v.

BAILEY, *et al.*,

Defendants.

Case No. 1:25-cv-01624 JLT BAM (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION FOR FAILURE TO STATE A CLAIM, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE

(Doc. 18)

Robert Smythe asserts that he suffered violations of his rights while housed at Valley State Prison. (*See generally* Doc. 17.) The assigned magistrate judge screened the first amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff failed to state a cognizable claim for excessive force, a violation of the Americans with Disabilities Act, or a violation of prison regulations/policies. (Doc. 18 at 2-6.) The magistrate judge also found that further leave to amend was not warranted because the Court provided "the relevant pleading and legal standards" and Plaintiff failed to cure the deficiencies identified in the first screening order. (*Id.* at 6.) Therefore, the magistrate judge recommended the Court dismiss the action for failure to state a cognizable claim. (*Id.*)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due in 14 days. (Doc. 18 at 6.) The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the

magistrate's factual findings' on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636 (b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued on July 21, 2026 (Doc. 18) are **ADOPTED** in full.
2. This action is **DISMISSED** for failure to state a cognizable claim.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 16, 2026

UNITED STATES DISTRICT JUDGE